FILED
2009 Nov-20 AM 11:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNY NEWMAN and<br>KAROL NEWMAN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| v. | )<br>) | 2:09-cv-01943-JEO |
| PROGRESSIVE FINANCIAL<br>SERVICES, INC., | )<br>)<br>) | |
| Defendant. | ) | |

## **O R D E R**

The court has been informed by the parties that this matter is settled.  Accordingly,, it is hereby **ADJUDGED** that this cause is hereby **DISMISSED WITHOUT PREJUDICE**.  The parties will have thirty (30) days to submit a stipulation of dismissal.

The Clerk of the Court is directed to serve a copy of this order upon counsel of record in this matter.

**DONE**, this the 20th day of November, 2009.

_____
**JOHN E. OTT**
United States Magistrate Judge